No. 97–1556.  POLIS v. WELD ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 97–1572.  DUGAS v. CLAMONT ENERGY CORP. ET AL. (two judgments).  C. A. 5th Cir.  Certiorari denied.

No. 97–1577.  BRANDT ET AL. v. GYGAX REALTOR ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 97–1581.  ALASKA CENTER FOR THE ENVIRONMENT ET AL. v. ARMBRISTER, DIRECTOR, OFFICE OF PLANNING AND PROGRAM DEVELOPMENT, REGION 10, FEDERAL HIGHWAY ADMINISTRATION, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–1588.  KREUZER v. BROWN.  C. A. 6th Cir.  Certiorari denied.

No. 97–1590.  JOLIGARD v. FINDLER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–1591.  DAMER v. STATE BAR OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 97–1597.  GAMB v. HILTON HOTELS CORP.  C. A. 11th Cir.  Certiorari denied.

No. 97–1601.  JONES ET AL. v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–1602.  IN RE BISBEE.  C. A. 7th Cir.  Certiorari denied.

No. 97–1603.  TOTAL FOODS ET AL. v. ALIX.  C. A. 6th Cir.  Certiorari denied.

No. 97–1612.  WOO v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 97–1613.  LEWIS v. TEXTRON AUTOMOTIVE INTERIORS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 97–1617.  BAYLISS ET AL. v. CITY OF TULSA ET AL.  C. A. 10th Cir.  Certiorari denied.